UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDASSIST-OP, INC.,

       Plaintiff,

v.                                                        Case No. 8:05-cv-2139-T-24 MAP

SECRETARY, U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

       Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of Plaintiff's complaint seeking review and reversal of the decision of the Secretary of the U.S. Department of Health and Human Services (Doc. No. 1) and memorandum in support (Doc. No. 20). The complaint and memorandum were considered by the United States Magistrate Judge, pursuant to a specific order of referral. (Doc. No. 30). Magistrate Judge Pizzo has filed his report recommending that the Secretary's decision be affirmed, the complaint be dismissed, and judgment be entered in favor of Defendant. (Doc. No. 35). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 35) is adopted and incorporated by reference in this Order of the Court;

(2) The decision of the Secretary of the U.S. Department of Health and Human Services is **AFFIRMED,** and Plaintiff's complaint is dismissed; and

(3) The Clerk is directed to enter judgment in favor of Defendant and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of November, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record